IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BRANDY LEIGH OGLETREE, : | |
| : | |
| Plaintiff, : | |
| : | CASE NO.: 7: 21-CV-163 (WLS-TQL) |
| v. : | |
| : | |
| KILOLO KIJAKAZI, Acting Commissioner : | |
| of Social Security, : | |
| : | |
| Defendant. | |

**ORDER**

Before the Court is a "Consent Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant" filed on behalf of Defendant Kilolo Kijakazi, the Acting Commissioner of Social Security. (Doc. 8.) Counsel for the United States explains therein that the Plaintiff consents to the motion and remand. (Doc. 8.)

The Government requests that this Court enter a judgment with reversal and remand of the case to allow for further evaluation by the Administrative Law Judge ("ALJ"). (Doc. 8-1.) Pursuant to sentence four of section 405(g), this Court maintains the power "to enter, upon the pleadings and transcript of the record, judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for rehearing." 42 U.S.C. § 405(g); *see also Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, upon review of the consent of the Parties and case of record, the decision of the Commissioner is hereby **REVERSED**, and the case is **REMANDED** to the ALJ for further evaluation and proceedings. Specifically, the Court **ORDERS** that the ALJ must

1

complete review of the case and complete the following: (1) further evaluate the medical opinion evidence, pursuant to 20 C.F.R. §§ 404.1520c, 416.920c; (2) further evaluate Plaintiff's maximum residual function capacity; (3) offer Plaintiff an opportunity for hearing; (4) take any further action needed to complete the administrative record; and (5) issue a new decision on those findings.

      **SO ORDERED,** this <u>14th</u> day of March 2022.

                                                  /s/ W. Louis Sands
                                                  **W. LOUIS SANDS, SR. JUDGE**
                                                  **UNITED STATES DISTRICT COURT**