IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

BRANDY LEIGH OGLETREE,          *

       Plaintiff,          *

v.          Case No.   7:21-CV-163(WLS)

       *

COMMISSIONER OF SOCIAL SECURITY,

       *

       Defendant.

       *

## J U D G M E N T

Pursuant to this Court's Order dated March 14, 2022, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 14th day of March, 2022.

                              David W. Bunt, Clerk

                              s/ S. B. DeCesare, Deputy Clerk